IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 4:10-CR-213 ALM |
| | § | |
| DAVID WAYNE SIMPSON | § | |

**REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

Pending before the Court is the Government's request for revocation of Defendant's supervised release. After the District Court referred the matter to this Court for a report and recommendation, the Court conducted a hearing on January 23, 2018, to determine whether Defendant violated his supervised release. Defendant was represented by Frank Henderson. The Government was represented by Jay Combs.

On September 7, 2012, Defendant was sentenced by the Honorable Thad Heartfield, United States District Judge, to a sentence of one hundred eighty (180) months imprisonment followed by a three (3) year term of supervised release for the offense of Possession of Firearm by a Felon. On Novermber 17, 2016, Defendant was resentenced by the Honorable Amos L. Mazzant to a sentence of sixty-three (63) months imprisonment followed by a two (2) year term of supervised release. Defendant began his term of supervision on November 17, 2016. According to the Bureau of Prisons, Defendant over-served his sixty-three (63) month imprisonment sentence by 608 days, which will be credited to any other term of imprisonment received in this case.

On January 11, 2018, the U.S. Probation Officer filed a Petition for Warrant or Summons for Offender under Supervision (the "Petition") (Dkt. 79). The Petition asserts that Defendant violated the following conditions of supervision: (1) Defendant shall refrain from any unlawful use of a

controlled substance; (2) Defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician; and (3) Defendant shall participate in a program of testing and treatment for drug abuse, under the guidance and direction of U.S. Probation office, until such time as Defendant is released from the program by the probation officer.

The Petition alleges that Defendant committed the following violations: (1) On June 15, 2017, Defendant signed an admittance form whereby Defendant admitted to using methamphetamine on one occastion at the end of May 2017; (2) On November 14, 2017, Defendant signed an admittance form whereby Defendant admitted to using methaphetamine on or about November 7 and November 11, 2017. Furthermore, Defendant submitted a urine specimen at the U.S. Probation Office on November 14, 2017, which tested positive for methamphetamine. This specimen was confirmed positive by Alere Toxicology Services Inc; and (3) Defendant failed to submit a random drug test at On-Scene Drugscreens, in Sherman, Texas, on April 3, May 8, and November 8, 2017. On June 8, August 23, September 26, and November 7, 2017, Defendant failed to attend substance abuse counseling at Texoma Counseling Associates in Denison, Texas. On January 9, 2018, Defendant advised the U.S. Probation Office that Defendant failed to attend substance abuse counseling at Texoma Community Center, Sherman, Texas, on January 3 and 4, 2018.

At the hearing, Defendant entered a plea of true to Allegation One.  Defendant waived his right to allocute before the district judge and his right to object to the report and recommendation of this Court.  The Court finds that Defendant has violated the terms of his supervised release.

## **RECOMMENDATION**

Pursuant to the Sentencing Reform Act of 1984, and having considered the arguments

presented at the January 23, 2018, hearing, the Court recommends that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of twenty-four (24) months, with no supervised release to follow, and Defendant be given credit for time over-served in the Bureau of Prisons. The Court further recommends that Defendant's term of imprisonment be carried out in Fannin County Jail, if appropriate.

**SIGNED this 24th day of January, 2018.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE